1

2

3

4

5

6

District Judge James L. Robart
Magistrate Judge David W. Christel

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

CHARLES J. VERKIST and LORI J.
VERKIST, individually and the marital
community composed thereof,

                    Plaintiffs,

          v.

UNITED STATES OF AMERICA,

                    Defendant.

Case No. 2:21-cv-00721- JLR-DWC

RENEWED STIPULATED MOTION AND
[~~PROPOSED~~] ORDER FOR EXTENSION
OF DEADLINES

Noted for Consideration:
March 13, 2023

15

## **JOINT STIPULATION**

16

17

18

The parties hereby jointly STIPULATE AND AGREE to extend the remaining pretrial

deadlines and trial date, which were originally forth in the Court's November 1, 2021, Minute

Order Setting Trial Date and Related Dates (Dkt. 29), as set forth below.

19

20

21

22

23

24

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | March 27, 2023 | September 27, 2023 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | April 26, 2023 | October 26, 2023 |
| Discovery completed by | May 26, 2023 | November 24, 2023 |

| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | June 27, 2023 | December 22, 2023 |
|---|---|---|
| Bench Trial Date | November 6, 2023 | Summer 2024 |

Good cause exists for extending these specific deadlines. The parties moved for an extension of pretrial deadlines on February 21, 2023, on the basis that one of the Plaintiffs recently experienced an unanticipated medical complication that has interfered with the Plaintiffs' ability to participate in the discovery process for a significant period of time. Dkt. 35. The Court noted that the Plaintiff's medical condition provided good cause to extend deadlines but denied the order because it would not extend the pretrial and dispositive motions deadlines without extending the trial date. Dkt. 36. The Court indicated it would "consider moving the parties' trial date to the end of its trial calendar and resetting all unexpired pretrial deadlines in accordance with the new trial date." *Id*. at 3. The parties now request that the trial date be reset to sometime in the summer of 2024, and the pretrial deadlines be reset as requested above. The parties do not have conflicts during the months of June, July, and August of 2024.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

**SO STIPULATED.**

//

//

//

RENEWED STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR EXTENSION OF DEADLINES
[2:21-cv-00721-JLR-DWC] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

DATED this 13th day of March, 2023.

2

NICHOLAS W. BROWN
United States Attorney

LAW OFFICE OF MARIDITH E. RAMSEY
PLLC

3

*s/ Whitney Passmore*

4

WHITNEY PASSMORE, FL No. 91922
Assistant United States Attorney

5

United States Attorney's Office

6

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

7

Phone:  206-553-7970
Fax:  206-553-4067
Email:  whitney.passmore@usdoj.gov

8

9

Attorney for United States of America

*s/ Maridith E. Ramsey*

MARIDITH E. RAMSEY, WSBA No. 46266
1827 N 178th Street
Shoreline, WA 98133
Phone: 206-707-8800
Fax: 206-707-8869
Email: maridith@ramseyinjurylaw.com

*Attorney for Plaintiff*

10

I certify that this memorandum contains 319
words, in compliance with the Local Civil
Rules.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RENEWED STIPULATED MOTION AND [PROPOSED] ORDER
FOR EXTENSION OF DEADLINES
[2:21-cv-00721-JLR-DWC] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new pretrial

deadlines are as follows:

| **Deadlines** | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | September 27, 2023 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | October 26, 2023 |
| Discovery completed by | November 24, 2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | December 22, 2023 |
| Bench Trial Date | July 8, 2024 |

The Clerk is DIRECTED to issue a new scheduling order consistent with the deadlines

and trial date above.

DATED this 13th day of March, 2023.

_____
JAMES L. ROBART
United States District Judge

RENEWED STIPULATED MOTION AND [~~PROPOSED~~] ORDER
FOR EXTENSION OF DEADLINES
[2:21-cv-00721-JLR-DWC] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970